UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTION LIGHTING TECHNOLOGIES, INC., ROBERT LAPENTA, JAMES DEPALMA DANIEL O'NEAL, and ALLEN GARNER,<br><br>Defendants. | Case No.   3:20-cv-01440-CSH |

**ASSENTED-TO MOTION FOR
APPROVAL OF SETTLEMENTS AND ENTRY OF FINAL JUDGMENTS**

Plaintiff Securities and Exchange Commission (the "Commission") with the assent of Defendants Revolution Lighting Technologies, Inc., Robert LaPenta, James DePalma, Daniel O'Neal, and Allen Garner, moves that the Court enter the attached proposed Final Judgments as to each respective Defendant. The Commission and Defendants have agreed to all terms in the respective Final Judgments. In support of this motion, attached hereto are the Consents signed by each Defendant and their counsel, memorializing their agreement to the terms of their respective Final Judgments.

The Commission respectfully requests that the Court enter the attached proposed Final Judgments.

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION
By its attorneys,

/s/ Marc Jones
Marc J. Jones (Mass. Bar No. 645910)
  Senior Trial Counsel
Peter Bryan Moores (Mass. Bar No. 658033)
  Senior Enforcement Counsel
Michele T. Perillo (Mass. Bar No. 629343)
  Assistant Director
Martin F. Healey (Mass. Bar No. 227550)
  Regional Trial Counsel

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
33 Arch Street, 24th Floor
Boston, MA 02110
(617) 573-8947 (Jones direct)
jonesmarc@sec.gov (Jones email)

*Local Counsel*:
John B. Hughes (Fed. Bar No. CT 05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700
(203) 773-5373 (fax)

DATED: September 24, 2020